UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-MJ-03119-TORRES

IN RE: SEALED
CRIMINAL COMPLAINT
_____/

## MOTION TO SEAL

COMES NOW, the United States of America, by and through its undersigned attorney, and respectfully requests that the Complaint and Complaint Affidavit, Arrest Warrants, this Motion to Seal, and any resulting Sealing Order be SEALED until further Order or arrest of any Defendant, excepting the United States Attorney's Office and Law Enforcement Personnel, which may obtain copies of any Complaint and Complaint Affidavit, Arrest Warrant, this Motion to Seal, and any resulting Sealing Order, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this Complaint become public.

Dated: July 23, 2018

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: _____
FRANCISCO R. MADERAL
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar. No. 41481
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9159
FAX (305) 530-7976
francisco.maderal@usdoj.gov